JUN-28-2005   12:33        UNITED MEDICAL CORP.                    4078765959    P.04

BAPTIST MEDICAL CENTER OF THE
BEACHES, INC.,

        Plaintiff,

vs.

TEN BROECK JACKSONVILLE, LLC
HEALTH PLAN,

        Defendant.
_____/

IN THE CIRCUIT COURT IN AND
FOR DUVAL, COUNTY, FLORIDA
CASE NO.:

ATTORNEY BAR NO. 237396

16- 2005-CA-003112    XXXX-MA

DIVISION CV-C
COMPLAINT FOR DAMAGES

3:05-cv-664-J-99TEM

    COMES NOW, the Plaintiff, BAPTIST MEDICAL CENTER OF THE BEACHES, INC., (hereinafter referred to as "The Beaches") by and through its undersigned attorneys and sues the Defendant, TEN BROECK JACKSONVILLE, LLC HEALTH PLAN (hereinafter referred to as "Ten Broeck"), and states as follows:

### COUNT I - ERISA

1.     This is an action for damages that does exceed $15,000.00 exclusive of interest, costs, and attorney's fees.

2.     Plaintiff, The Beaches, is a Florida not-for profit corporation authorized to do business and doing business in Duval County, Florida as a licensed hospital.

3.     Defendant, Ten Broeck is, upon information and belief, an employee benefit plan.

4.     MARNIE CRAVENS was a patient at Plaintiff hospital on the following dates and incurred the following charges:

| Date | Charge |
|---|---|
| February 7, 2003 - February 15, 2003 | $29,412.57 |
| February 20, 2003 | $ 1,747.00 |
| February 25, 2003 | $   358.00 |
| March 3, 2003 | $ 2,274.00 |
| March 19, 2003 | $ 1,905.05 |
| January 10, 2003 - April 10, 2003 | $ 4,043.00 |

JUN-28-2005  12:33          UNITED MEDICAL CORP.                    4078765959      P.05

5. During the hospitalizations, the patient received the benefit of hospital services and supplies. The Hospital's usual and customary charges for said hospital services and supplies is set forth above and there presently remains due and owing the Plaintiff, Hospital, the sum of THIRTY-NINE THOUSAND SEVEN HUNDRED THIRTY-NINE DOLLARS AND 62/100 ($39,739.62).

6. That, prior to any of Marnie Cravens' hospital admissions and continuing during the period of each and every hospital admission that is the subject matter of this litigation listed in Paragraph 5, Ten Broeck Jacksonville LLC did issue a self-funded employee benefit plan. Plaintiff does not have a copy of same, although it has requested it, Defendant has failed and refused to supply it.

7. That, at all times material hereto, the patient that is the subject matter of this litigation was eligible for health insurance benefits for the dates of service that are the subject matter of this litigation and pursuant to the Plan, Plaintiff was to be paid for the Hospital services and supplies rendered to patient.

8. That all conditions precedent and subsequent have either been complied with or waived.

9. That Plaintiff timely billed Defendant for this claim and Defendant has failed and refused to pay the claim.

10 That benefits have been assigned to Plaintiff.

11 That this is an action for benefits pursuant to 29 U.S.C. §1132.

12. That Plaintiff has been damaged by Defendant's wrongful refusal to pay this claim for benefits in violation of the terms and conditions of the Plan.

13.  That Plaintiff has been forced to retain undersigned counsel to represent it in this matter and has agreed to pay counsel a reasonable fee.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter a Judgment in its favor against Defendant, Ten Broeck, in the principal amount of $39,739.62, plus costs, interest and reasonable attorney's fees and any other relief that this Court may deem just and proper.

### COUNT VI - STATUTORY

Plaintiff realleges paragraphs 1 through 6 above and further states.

14.  On or about January 10, 2005, Assignee did request a copy of the Summary Plan Description.

15.  More than thirty (30) days has elapsed and Defendant has failed and refused to supply said Summary Plan Description.

16.  That, pursuant to Federal law, Plaintiff is entitled to $100 per day in liquidated damages based upon Defendant's failure to supply the Summary Plan Description.

17.  That Plaintiff needs the same in order to prosecute the claim.

**WHEREFORE**, Plaintiff respectfully requests Judgment in Plaintiff's favor against the Defendant, Ten Broeck, for ONE HUNDRED DOLLARS AND 00/100 ($100.00) per day in liquidated damages from February 11, 2005 until date of Judgment, plus interest, cost and attorneys' fees and any other relief that this Court may deem just and proper.

ALAN M. FISHER, P.A.
825 SOUTH U.S. HIGHWAY ONE
SUITE 310
JUPITER, FLORIDA 33477
(561) 743-0745

By:_____
Alan M. Fisher, Esq.
FBN: 237396